UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM MCDEVITT, as he is ADMINISTRATOR, PAINTERS AND ALLIED TRADES DISTRICT COUNCIL No. 35 TRUST FUNDS,<br><br>      Plaintiff,<br><br>v.<br><br>TOTAL GLAZING SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 1:15-cv-13479-NMG |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff William McDevitt, as he is Administrator, Painters and Allied Trades District Council No. 35 Trust Funds and Defendant Total Glazing Systems, Inc., through their attorneys, stipulate that the above-captioned action may be dismissed in its entirety with prejudice and without attorneys' fees or costs to any party, and waiving all rights of appeal.

Respectfully submitted,

WILLIAM MCDEVITT, as he is
ADMINISTRATOR, PAINTERS AND
ALLIED TRADES DISTRICT COUNCIL
No. 35 TRUST FUNDS

By his attorneys

  /s/ Louis A. Mandarini
Paul F. Kelly, Esq., BBO #267000
Kathryn S. Shea, BBO #547188
Louis A. Mandarini, BBO #669293
Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
(617) 742-0208, Ext. 253
lmandarini@segalroitman.com

Dated:  February 23, 2016

Respectfully submitted,

TOTAL GLAZING SYSTEMS, INC.

By its attorneys

 /s/ *Sean P. O'Connor*
Keith H. McCown (BBO No. 329980)
Sean P. O'Connor (BBO No. 673835)
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
Phone: (617) 523-6666
Fax: (617) 367-3125
kmccown@morganbrown.com
soconnor@morganbrown.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system on this date, and that a true paper copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing by first class mail on the same date.

                                                             /s/ Louis A. Mandarini

Dated: February 23, 2016